Kerry P. Faughnan, Esq., NSB #12204
P.O. Box 335361
North Las Vegas, NV 89033
(702) 301-3096
(702) 331-4222- Fax
Kerry.faughnan@gmail.com

Attorney for Defendant LN Management LLC

## UNITED STATES FEDERAL COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK TRUST, N.A. AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST | Case No. 2:17-cv-01109-RFB--CWH |
| Plaintiff, | **Notice of Demand for Security of Costs** |
| v. | |
| LN MANAGEMENT LLC SERIES 4004 CAPE SAND,, | |
| Defendant.. | |

TO:  U.S. Bank Trust, N.A.;

TO:  Wright, Finley & Zak, LLP, your attorneys;

Notice is hereby given, pursuant to NRS 18.130, that LN Management LLC , Defendant in the above entitled cause, hereby demand and request security from Federal Housing Finance Agency, a non-resident of this state, for Defendant's costs and charges which may be awarded herein against the Plaintiff, in the sum of $500.00.

DATED May 26, 2017.

/s/ Kerry P. Faughnan_____
Kerry P. Faughnan, Esq.

IT IS SO ORDERED.

DATED:  June 1, 2017

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE

1

**CERTIFICATE OF SERVICE**

I certify that on May 26, 2017, I allowed the Court's ECF system to serve a copy of the foregoing on the following interested parties:

Edgar C. Smith esmith@wrightlegal.net

Jamie Scott Hendrickson jhendrickson@wrightlegal.net

/s/ Kerry P. Faughnan, Esq.
Kerry P. Faughnan, Esq.
