**WRIGHT, FINLAY & ZAK, LLP**
Edgar C. Smith, Esq.
Nevada Bar No. 5506
Rock K. Jung, Esq.
Nevada Bar No. 10906
7785 W. Sahara Avenue, Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
esmith@wrightlegal.net
rjung@wrightlegal.net
*Attorneys for Plaintiff, U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST,<br><br>Plaintiff,<br><br>vs.<br><br>LN MANAGEMENT, LLC SERIES 4004 CAPE SAND,<br><br>Defendant. | Case No.: 2:17-cv-01109-RFB-CWH<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO AMEND PLEADINGS AND ADD PARTIES**<br><br>**FIRST REQUEST** |

///

///

///

///

///

///

///

Comes now Plaintiff, U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust (hereinafter "U.S. Bank" or "Plaintiff"), by and through its counsel of record, Rock K. Jung, Esq. and Defendant, LN Management, LLC Series 4004 Cape Sand ("LN Management" or "Defendant"), by and through its counsel of record, Kerry P. Faughnan, Esq., hereby stipulate as follows:

**<u>STIPULATION</u>**

1. Plaintiff filed its Complaint on April 21, 2017 [ECF 1].

2. .Defendant appeared on May 26, 2017 and filed a Demand for Security of Costs [ECF 9]

3. Plaintiff filed its Security of Costs on June 6, 2017 [ECF 12]

4. On August 16, 2017 Defendant filed its Answer [ECF 14].

5. On August 16, 2017 Defendant filed its Motion to Dismiss [ECF 15]

6. On August 30, 2017, Plaintiff filed its Opposition to the Motion to Dismiss [ECF 16]..

7. On September 5, 2017 the parties filed their Stipulated Discovery Plan and Scheduling Order [ECF 17] setting the deadline for amending pleadings and adding parties as November 15, 2017.

8. On December 5, 2017, the parties completed their mandatory mediation through the Nevada Real Estate Division (NRED), but the mediation was unsuccessful.

9. On December 14, 2017 the parties filed their Joint Interim Status Report [ECF 20].

10. Now that the mandatory mediation has concluded and some discovery has been conducted, the parties agree that non-party Las Hadas Homeowners Association ("HOA") should be added as a party.

11. The parties agree that the deadline to Amend Pleadings and to Add Parties should be extended from November 14, 2017 to January 14, 2018. ///

///

IT IS SO STIPULATED.

DATED this 15th day of December, 2017.   DATED this 15th day of December, 2017.

**WRIGHT, FINLAY & ZAK, LLP**   **LAW OFFICE OF KERRY P. FAUGHNAN**

 /s/ Rock K. Jung, Esq.   /s/ Kerry P. Faughnan, Esq.
Rock K. Jung, Esq.   Kerry P. Faughnan, Esq.
Nevada Bar No. 10906   Nevada Bar No. 12204
7785 W. Sahara Ave, Suite 200   P.O. Box 335361
Las Vegas, NV 89117   North Las Vegas, NV 89033
rjung@wrightlegal.net   Kerry.faughnan@gmail.com
*Attorneys for Plaintiff, U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust*   *Attorneys for Plaintiff, U.S. Bank, N.A., as Trustee for the Certificateholders of Banc of America Funding Corporation Mortgage Pass-Through Certificates, Series 2006-I*

**ORDER**

**IT IS SO ORDERED.**

UNITED STATES MAGISTRATE JUDGE
DATED: 12/18/17

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am an employee of WRIGHT, FINLAY & ZAK, LLP; that electronic service of the foregoing **STIPULATION AND ORDER TO EXTEND DEADLINE TO AMEND PLEADINGS AND ADD PARTIES (FIRST REQUEST)** was made on the 15th day of December, 2017, to all parties and counsel as identified on the Court-generated Notice of Electronic Filing.

/s/ Kelli Wightman
An Employee of WRIGHT, FINLAY & ZAK,