**WRIGHT, FINLAY & ZAK, LLP**
Edgar C. Smith, Esq.
Nevada Bar No. 5506
Rock K. Jung, Esq.
Nevada Bar No. 10906
7785 W. Sahara Avenue, Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
esmith@wrightlegal.net
rjung@wrightlegal.net
*Attorneys for Plaintiff, U.S. Bank Trust, N.A.,
as Trustee for LSF9 Master Participation Trust*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST,<br><br>    Plaintiff,<br><br>    vs.<br><br>LN MANAGEMENT, LLC SERIES 4004 CAPE SAND; LAS HADAS HOMEOWNERS' ASSOCIATION<br><br>    Defendants. | Case No.: 2:17-cv-01109-RFB-CWH<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY AND TO EXTEND DISPOSITIVE MOTION DEADLINE**<br><br>**(FIRST REQUEST)** |

///

///

///

///

///

///

///

Pursuant to Local Rules 6-1 and 7-1, Plaintiff, U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust (hereinafter "U.S. Bank" or "Plaintiff") and Defendant, LN Management, LLC Series 4004 Cape Sand ("LN Management" or "Defendant") by and through their respective attorneys of record, file this joint stipulation and request the court to extend the close of discovery by one hundred twenty (120) days and to extend the dispositive motion deadlines and joint pretrial order deadlines accordingly. This is the parties' first request for an extension of all the current discovery deadlines.

## I. <u>INTRODUCTION</u>

This dispute involves an HOA foreclosure sale conducted by Defendant Las Hadas Homeowners' Association. Plaintiff U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust ("U.S. Bank") seeks to quiet title as to the foreclosed property and seeks other related relief pertaining to the sale of the property. The primary issue is whether U.S. Bank's deed of trust survived the foreclosure sale.

## II. <u>STATEMENT SPECIFYING THE DISCOVERY COMPLETED.</u>

On September 6, 2017, the court entered a Scheduling Order ECF No. 18 and set the following deadlines:

| | |
|---|---|
| Discovery cut-off | February 12, 2018 |
| Amend pleadings and add parties | November 15, 2017 |
| Expert disclosures | December 14, 2017 |
| Rebuttal expert disclosures | January 15, 2018 |
| Dispositive Motions | March 14, 2018 |
| Pretrial order | April 13, 2018 |

On December 15, 2017, the court approved the parties Stipulation to Extend the deadline for amending pleadings and add parties, and set the new deadline as January 14, 2018.

The following discovery has already been completed:

1. U.S. Bank served its initial disclosures on Defendant LN Management, LLC Series 4004 Cape Sand on September 1, 2017,

2. U.S. Bank served its Initial Expert Disclosure on November 2, 2017

3. U.S. Bank propounded written discovery, consisting of First Set of Interrogatories, First Set of Requests for Admissions and First Request for Production of Documents, to Defendant LN Management, LLC Series 4004 Cape Sand on December 11, 2017.

4. Defendant LN Management, LLC Series 4004 Cape Sand responded to U.S. Bank's First Set of Requests for Admissions on December 7, 2017.

5. Defendant LN Management, LLC Series 4004 Cape Sand responded to U.S. Bank's First Set of Interrogatories and First Set of Requests for Production on January 22, 2018.

6. U.S. Bank served its First Supplemental Disclosures on February 7, 2018.

### III. SPECIFIC DESCRIPTION OF THE DISCOVERY THAT HAS NOT BEEN COMPLETED.

The following discovery has not been completed:

1. Defendant LN Management, LLC Series 4004 Cape Sand has not served its initial disclosures.

2. Defendant LN Management, LLC Series 4004 Cape Sand has not propounded written discovery on U.S. Bank.

3. No depositions of any of the parties' 30(b)(6) witnesses or any the deposition of any other witness have been conducted, other than the deposition of LN Management, LLC Series 4004 Cape Sand's designated 30(b)(6) witness. U.S. Bank did Subpoena the HOA, Las Hadas Homeowners' Association for deposition to be held February 8, 2018 at 2:00 p.m. However their forthcoming counsel requested that the deposition be vacated until she is officially retained and makes an appearance. Further, U.S. Bank subpoenaed the HOA Trustee, Alessi & Koenig, LLC for deposition to be held on February 9, 2018 at 2:00 p.m., but the deponent did not appear. Accordingly, this deposition also needs to be rescheduled.

///

## IV. REASON WHY EXTENSION IS REQUIRED.

Discovery closes on February 12, 2018. However, with the addition of Las Hadas Homeowners' Association via the First Amended Complaint filed on January 31, 2018, this new party has not had an opportunity to conduct any discovery, including initial disclosures, take depositions or written discovery and has not yet even made an appearance in this matter.

In addition, the other parties have not had an opportunity to conduct any discovery as it pertains to HOA, as a new party in this case. The extension requested will also provide the parties additional time to conduct any follow-up discovery that may be required after reviewing HOA's initial disclosures, or after HOA reviews the discovery already conducted by the other parties. As new incoming parties to this litigation, there is good cause to extend the discovery deadlines so that they may have an opportunity to conduct meaningful discovery.

## V. PROPOSED SCHEDULE FOR COMPLETING ALL REMAINING DISCOVERY.

The parties agree that discovery will be extended one hundred twenty (120) days, and the scheduling order deadlines will be extended to the following:

| | |
|---|---|
| Discovery cut-off | June 12, 2018 |
| Amend pleadings and add parties | April 13, 2018 |
| Expert disclosures | April 13, 2018 |
| Rebuttal expert disclosures | May 14, 2018 |
| Dispositive Motions | July 12, 2018 |
| Pretrial Order | August 10, 2018 |

*///*

*///*

*///*

*///*

IT IS SO STIPULATED.

DATED this 9th day of February, 2018.  DATED this 9th day of February, 2018.

**WRIGHT, FINLAY & ZAK, LLP**  **LAW OFFICE OF KERRY P. FAUGHNAN**

 /s/ Rock K. Jung, Esq.   /s/ Kerry P. Faughnan, Esq.
Rock K. Jung, Esq.  Kerry P. Faughnan, Esq.
Nevada Bar No. 10906  Nevada Bar No. 12204
7785 W. Sahara Ave, Suite 200  P.O. Box 335361
Las Vegas, NV 89117  North Las Vegas, NV 89033
rjung@wrightlegal.net  Kerry.faughnan@gmail.com
*Attorneys for Plaintiff, U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust*  *Attorneys for Plaintiff, U.S. Bank, N.A., as Trustee for the Certificateholders of Banc of America Funding Corporation Mortgage Pass-Through Certificates, Series 2006-I*

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE
DATED: February 12, 2018

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am an employee of WRIGHT, FINLAY & ZAK, LLP; that electronic service of the foregoing **STIPULATION AND ORDER TO EXTEND DISCOVERY AND TO EXTEND DISPOSITIVE MOTION DEADLINE (FIRST REQUEST)** was made on the 9th day of February, 2018, to all parties and counsel as identified on the Court-generated Notice of Electronic Filing.

    /s/ Kelli Wightman
An Employee of WRIGHT, FINLAY & ZAK,