**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| U.S. BANK TRUST, N.A., | Case No. 2:17-cv-01109-RFB-CWH |
| Plaintiff, | |
| v. | |
| LN MANAGEMENT, LLC SERIES 4004 CAPE SAND, et al, | **ORDER** |
| Defendants. | |

Presently before the court is Defendant Las Hadas Homeowners' Association's motion for demand of security of costs (ECF No. 35), filed on February 23, 2018. To date, no party has filed a response.

Under Local Rule 7-2(d), the "failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to the granting of the motion." As no response has been filed, the Court will grant the motion.

IT IS THEREFORE ORDERED that Defendant's motion for security of costs (ECF No. 35) is GRANTED.

IT IS FURTHER ORDERED that Plaintiff U.S. Bank Trust, N.A. must post a $500.00 security cost bond with the Clerk of Court within fifteen days of this order. This case is STAYED until Plaintiff complies with this order.

DATED: March 19, 2018

_____
C.W. Hoffman, Jr.
United States Magistrate Judge