1  WRIGHT, FINLAY & ZAK, LLP
   Robert A. Riether, Esq.
2  Nevada Bar No. 12076
   Rock K. Jung, Esq.
3  Nevada Bar No. 10906
   7785 W. Sahara Ave., Suite 200
4  Las Vegas, NV 89117
5  (702) 475-7964; Fax: (702) 946-1345
   rriether@wrightlegal.net
6  rjung@wrightlegal.net
   *Attorneys for Plaintiff, U.S. Bank Trust, N.A.,*
7  *as Trustee for LSF9 Master Participation Trust*

8
                    **UNITED STATES DISTRICT COURT**
9                      **DISTRICT OF NEVADA**

10 U.S. BANK TRUST, N.A., AS TRUSTEE          Case No.:  2:17-cv-01109-RFB-CWH
   FOR LSF9 MASTER PARTICIPATION
11 TRUST,
                                              **STIPULATION AND ORDER TO**
12                                            **EXTEND DISPOSITIVE MOTION**
                Plaintiff,                    **DEADLINES**
13
        vs.                                   **(THIRD REQUEST)**
14
   LN MANAGEMENT, LLC SERIES 4004
15 CAPE SAND; LAS HADAS HOMEOWNERS'
   ASSOCIATION
16
                Defendants.
17

18        Plaintiff, U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust

19 (hereinafter "U.S. Bank" or "Plaintiff"), Defendant, LN Management, LLC Series 4004 Cape

20 Sand ("LN Management"), and Defendant, Las Hadas Homeowners' Association ("HOA") by

21 and through their respective attorneys of record, hereby stipulate and agree as follows:

22        WHEREAS, the parties previously stipulated to extend the deadline for dispositive

23 motions from January 25, 2019, to March 11, 2019, to allow the parties additional time to reach a

24 global resolution. The parties are attempting to finalize the settlement terms and have not yet

25 reached an agreement, partly due to undersigned counsel being out of the country for a prior

26 scheduled event, but the parties are confident a settlement agreement will be finalized in the next

27 45 days, and additional time is requested to finalize the settlement terms. Therefore,

28

| | |
|---|---|
| 1 | IT IS HEREBY STIPULATED AND AGREED that the dispositive motion deadline |
| 2 | should be continued for 45 days from March 11, 2019 to April 25, 2019, to permit the parties |
| 3 | additional time to discuss and finalize potential settlement and resolution of all pending claims. |
| 4 | IT IS HEREBY STIPULATED AND AGREED that if a global resolution is not reached |
| 5 | prior to the extended dispositive motion deadline, then the parties shall proceed with dispositive |
| 6 | motion practice. |
| 7 | This is the parties' third request for extension of the deadline to file dispositive motions. |
| 8 | This request is not intended to cause any delay or prejudice to any party. |
| 9 | IT IS SO STIPULATED. |
| 10 | |
| 11 | DATED this 11th day of March, 2019.          DATED this 11th day of March, 2019. |
| 12 | WRIGHT, FINLAY & ZAK, LLP |
| 13 | /s/ Rock K. Jung, Esq.                                   /s/ Kerry P. Faughnan, Esq. |
| 14 | Robert A. Riether, Esq.                                  Kerry P. Faughnan, Esq.<br>Nevada Bar No. 12076                                   Nevada Bar No. 12204 |
| 15 | Rock K. Jung, Esq.                                        P.O. Box 335361<br>Nevada Bar No. 10906                                   North Las Vegas, NV 89033 |
| 16 | 7785 W. Sahara Ave., Suite 200                     *Attorney for Defendant, LN Management* |
| 17 | Las Vegas, NV 89117                                    *LLC Series 4004 Cape Sand*<br>*Attorneys for Plaintiff, U.S. Bank Trust, N.A.,* |
| 18 | *as Trustee for LSF9 Master Participation Trust* |
| 19 | DATED this 11th day of March, 2019. |
| 20 | |
| 21 | HALL, JAFFE & CLAYTON, LLP                  IT IS SO ORDERED: |
| 22 | /s/ Ashlie L. Surur, Esq. |
| 23 | Michael R. Hall, Esq.<br>Nevada Bar No. 5978 |
| 24 | Ashlie L. Surur, Esq.<br>Nevada Bar No. 11290 |
| 25 | 7425 Peak Drive                                            _____<br>Las Vegas, NV 89128                                     RICHARD F. BOULWARE, II |
| 26 | *Attorneys for Defendant, Las Hadas*               UNITED STATES DISTRICT JUDGE<br>*Homeowners' Association* |
| 27 | DATED this 13th day of March, 2019. |
| 28 | |

1

**ORDER**

2    IT IS SO ORDERED:

3    _____
     UNITED STATES MAGISTRATE JUDGE

4
     DATED: _____
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28