WRIGHT, FINLAY & ZAK, LLP
Robert A. Riether, Esq.
Nevada Bar No. 12076
Rock K. Jung, Esq.
Nevada Bar No. 10906
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
rriether@wrightlegal.net
rjung@wrightlegal.net
*Attorneys for Plaintiff, U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST,<br><br>Plaintiff,<br><br>vs.<br><br>LN MANAGEMENT, LLC SERIES 4004 CAPE SAND; LAS HADAS HOMEOWNERS' ASSOCIATION<br><br>Defendants. | Case No.: 2:17-cv-01109-RFB-CWH<br><br>**[PROPOSED] AMENDED ORDER GRANTING MOTION FOR RELEASE OF CASH DEPOSIT** |

The Court having reviewed the Motion for Release of Cash Deposit [ECF No. 60] filed by Plaintiff, U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust ("U.S. Bank"), being fully advised in the premises, and good cause appearing, enters the following order:

/./././
/./././
/./././
/./././
/./././
/./././
/./././
/./././

THEREFORE, as this matter is now concluded, U.S. Bank seeks an Amended Order directing the Court to release the $500.00 bond deposited on June 6, 2017, plus any accrued interest.

**IT IS HEREBY ORDERED** that the Court shall return the $500.00 bond posted by U.S. Bank, plus any accrued interest, to its legal owner, U.S. Bank, through its counsel, Wright, Finlay & Zak, LLP, 7785 W. Sahara Ave., Suite 200, Las Vegas, Nevada 89117.

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED: October 10, 2019.